EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2012 TSPR 39 |
| Carlos J. Nazario Díaz | 184 DPR ____ |

Número del Caso: TS-12,077

Fecha: 7 de marzo de 2012

Abogada de la Parte Peticionaria:

Lcdo. Guillermo Figueroa Prieto

Materia: Reinstalación al ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos J. Nazario Díaz             TS-12,077

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de marzo de 2012.

Examinada la *Moción para Solicitar Reinstalación a la Notaría*, **ha lugar. Se autoriza la reinstalación del Lcdo. Carlos J. Nazario Díaz al ejercicio de la notaría.** Se activa la queja AB-2005-282 que tiene el licenciado Nazario Díaz pendiente en este Tribunal. Se ordena a la Oficina del Procurador General que cumpla con nuestra Resolución del 6 de junio de 2008, en la cual le autorizamos la formulación de cargos a tenor con su informe. Se ordena a la Secretaria del Tribunal acompañar copia de dicha Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo